IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00674-MSK-BNB

MIA MARGOLIS,

Plaintiff,

v.

PROGRESSIVE CASUALTY INSURANCE COMPANY,

Defendant.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

In view of the Stipulated Motion to Substitute Progressive Halcyon insurance Company as a Party Defendant,

IT IS ORDERED that the **Plaintiff Mia Margolis' Motion for Leave to File an Amended Complaint** [docket no. 14, filed June 30, 2008] is DENIED AS MOOT and the motions hearing set for August 5, 2008, is VACATED.


DATED:  August 4, 2008