IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00674-MSK-BNB

MIA MARGOLIS,

Plaintiff,

v.

PROGRESSIVE HALCYON INSURANCE COMPANY n/k/a PROGRESSIVE DIRECT INSURANCE COMPANY,

Defendant.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion to Amend Scheduling Order Regarding Disclosure of Expert Witnesses** [docket no. 26, filed August 20, 2008] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **August 28, 2008,** and the parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **September 29, 2008**.

DATED: August 21, 2008