IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-00674-MSK-BNB

MIA MARGOLIS,

Plaintiff,

v.

PROGRESSIVE HALCYON INSURANCE COMPANY n/k/a PROGRESSIVE DIRECT INSURANCE COMPANY,

Defendant.

_____

**ORDER**
_____

I am informed that this case has been resolved. Accordingly,

IT IS ORDERED that on or before **September 25, 2008**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated September 11, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge